**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

DEVIN MEYERS,

                              Plaintiff,                        1:26-cv-387 (BKS/MJK)

v.

CHRISTIAN HUGHES, Sheriff's Deputy, and
JEFFERSON COUNTY SHERIFF'S OFFICE,

                              Defendants.

---

**Appearances:**

*Plaintiff pro se:*
Devin Meyers
Cohoes, NY 12047

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff Devin Meyers brought this action pro se asserting claims under 42 U.S.C. § 1983 against Defendants Christian Hughes and Jefferson County Sheriff's Office. (Dkt. No. 1). Plaintiff also sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2). This matter was referred to United States Magistrate Judge Mitchell J. Katz for an initial review pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On March 19, 2026, Magistrate Judge Katz issued an Order and Report-Recommendation granting Plaintiff's application to proceed IFP and recommending that Plaintiff's false arrest claim be allowed to proceed; that Plaintiff's defamation claim be dismissed without prejudice and with leave to amend; and that Plaintiff's federal criminal law and FOIL claims be dismissed without prejudice and without leave to amend. (Dkt. No. 4). Magistrate Judge Katz informed Plaintiff that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to

object to the report within fourteen days would preclude appellate review. (*Id.* at 16). On April 9, 2026, Plaintiff filed an Amended Complaint naming only Defendant Christian Hughes and asserting only a false arrest/unlawful seizure claim. (Dkt. No. 6). Plaintiff did not file any objections to the Report-Recommendation.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation regarding the false arrest claim for clear error and found none, the Court adopts Magistrate Judge Katz's recommendation that this claim survives.

For these reasons, it is hereby

**ORDERED** that the recommendation in Magistrate Judge Katz's Report-Recommendation (Dkt. No. 4) is **ADOPTED** with respect Plaintiff's false arrest claim and otherwise **REJECTED AS MOOT** in light of Plaintiff's Amended Complaint; and it is further

**ORDERED** that Plaintiff's false arrest claim as to defendant Christian Hughes shall proceed; and it is further

**ORDERED** that the Clerk of the Court is directed to terminate Defendant Jefferson County Sheriff's Office; and it is further

**ORDERED** that the Clerk shall issue a summons as to Defendant Christian Hughes and forward it with copies of the amended complaint and a packet containing General Order 25, which sets forth this district's Civil Case Management Plan, to the United States Marshal for service upon Defendant. Defendant must file a formal response to Plaintiff's amended complaint

2

(Dkt. No. 6) as provided for in the Federal Rules of Civil Procedure subsequent to service of process; and it is further

**ORDERED** that all pleadings, motions, and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. Plaintiff must comply with all requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with rule 7.1 of the Local Rules of Practice for the Northern District of New York in filing motions. Motions will be decided on submitted papers, without oral argument, unless otherwise ordered by this Court. Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in his address; his failure to do so may result in the dismissal of this action; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: <u>April 15, 2026</u>
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge

3